AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CINDY M. THACH,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF**         **CASE NO.  C2-10-655**
**SOCIAL SECURITY,**         **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the ORDER filed August 26, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 26, 2011         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk